RECEIVED

AUG - 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATE DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DYNASTY TRANSPORTATION, INC. | CIVIL ACTION NO. 04-0869 |
| VERSUS | JUDGE DOHERTY |
| BESTON CHEMICAL CORPORATION | MAGISTRATE JUDGE METHVIN |

## RULING

Pending before this Court is a Motion for Review of Magistrate's Rulings on Plaintiff's Motion to Compel Inspection and Defendant's Motion for Protective Order, and for a Hearing on the Issues [Doc. 35]. Pursuant to 28 U.S.C. § 636(b)(1)(A), this Court may reconsider the ruling issued by Magistrate Judge Methvin on discovery matters only upon a showing that the order is either clearly erroneous or contrary to law. This Court has closely reviewed both of Magistrate Judge Methvin's rulings on the discovery motions filed by both parties, as well as the defendant's request for review of both rulings and the memorandum filed in support of its request, and finds that neither prerequisite for reconsideration of the issues is met in this matter. This Court further notes that, to the extent Beston Chemical Company has concerns about revealing trade secrets or other confidential information during the discovery process ordered in this matter, it remains free to negotiate a confidentiality agreement with the plaintiff -- in extremely short order, so as to accommodate deadlines which have already been extended once – in order to protect against the disclosure of such information outside of the context of this litigation, as Magistrate Judge Methvin noted in her Ruling

on Defendant's Motion for Reconsideration [Doc. 33].

For the foregoing reasons,

IT IS HEREBY ORDERED that the defendant's Motion for Review of Magistrate's Rulings

on Plaintiff's Motion to Compel Inspection and Defendant's Motion for Protective Order, and for

a Hearing on the Issues [Doc. 35] shall be and is DENIED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___l___ day of August, 2005.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 8.2.05
BY
TO